# United States Court of Appeals for the Federal Circuit

---

November 8, 2010

**ERRATA**

---

2010-3033

BEN DINKINS, JR.,
Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

Petition for review of the Merit Systems Protection Board in DC07542090358-I-1.

Decided:  November 5, 2010
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "With her on the brief" to "with him on the brief".